# MEMORANDUM DECISIONS

ABBOTT v. WILSON et al. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Laura J. Abbott against Annie M. Wilson and others. No opinion. Judgment affirmed by default, with costs. See, also, 154 N. Y. Supp. 1109.

In re ABRAHAMS. (Supreme Court, Appellate Division, First Department. May 14, 1915.) In the matter of Paul M. Abrahams, an attorney. See memorandum per curiam. See, also, 149 App. Div. 944, 134 N. Y. Supp. 1125; 158 App. Div. 595, 143 N. Y. Supp. 927; 155 N. Y. Supp. 1091.

In re ABRAHAMS. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Paul Abrahams. No opinion. Referred back to official referee to take proof of facts referred to in the affidavits submitted on the motion. Settle order on notice. See, also, 155 N. Y. Supp. 1091.

ABRAMOWITZ et al., Respondents, v. HART, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Isaac Abramowitz and another against Max Hart. G. E. Joseph, of New York City, for appellant. A. P. Wilkes, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ABRAMS, Appellant, v. ABRAMS, Respondent. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Amelia M. Abrams against Alexander Abrams. S. S. Menken, of New York City, for appellant. A. B. Parker, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 157 App. Div. 911, 142 N. Y. Supp. 1106.

ADAMSON, Fire Com'r, Appellant, v. SHELBOURNE HOTEL CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Robert Adamson, as Fire Commissioner of the City of New York, against the Shelbourne Hotel Company. No opinion. Application denied, with $10 costs.

AGRESTA, Appellant, v. FEDERAL STEAM NAVIGATION CO. OF ENGLAND, Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Anna Agresta, as administratrix, etc., against the Federal Steam Navigation Company of England. No opinion. Motion denied, with $10 costs. See, also, 153 N. Y. Supp. 1104.

AIELLO, Respondent, v. ROCCO, Appellant. (Supreme Court, Appellate Division, Second Department. October 26, 1915.) Action by Joseph Aiello against Frank Rocco. No opinion. Judgment and order of the County Court of Westchester County reversed and new trial ordered, costs to abide the event, upon the ground that the verdict is contrary to the evidence. See, also, 164 App. Div. 952, 149 N. Y. Supp. 1068.

ALBANESE, Respondent, v. PITTSBURGH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Michaelangelo Albanese against the Pittsburgh Contracting Company. J. A. Goodwin, of White Plains, for appellant. S. Wechsler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1109.

ALTSCHUL v. LUDWIG. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Abraham H. Altschul against Alfred Ludwig, as superintendent, etc. No opinion. Motion granted; question certified. Order filed. See, also, 155 N. Y. Supp. 1091.

ALTSCHUL, Appellant, v. LUDWIG, Superintendent of Buildings, et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Appeal from Special Term, New York County. Action by Abraham H. Altschul against Alfred Ludwig, as Superintendent of Buildings, and others. From an order denying a motion to continue pendente lite a preliminary injunction restraining the Superintendent of Buildings from approving plans for the alteration of a building used as a theater, plaintiff appeals. Reversed, and motion granted. See, also, 155 N. Y. Supp. 1091. Charles H. Strong, of New York City, for appellant. Terence Farley and Bruce Ellison, both of New York City, for respondents.

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, and the motion to continue the injunction granted, with $10 costs, on the authority of Brill v. Miller, 140 App. Div. 603, 125 N. Y. Supp. 865. Order filed.

AMANNA, Appellant, v. VILLAGE OF MT. KISCO, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Salvatore Amanna against the Village of Mount Kisco. No opinion. Judgment and order affirmed, with costs. See, also, 163 App. Div. 916, 147 N. Y. Supp. 1096.

ANCIENT ORDER OF HIBERNIANS OF NEW YORK v. ANCIENT ORDER OF HIBERNIANS OF AMERICA et al. (Supreme